IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALFRIEDA DERRICK** : | | |
| Plaintiff, : | | |
| : | | |
| v. : | | |
| : | Civ. No. 23-2173 |
| **WALMART STORES INC** : | | |
| **AND WALMART ASSOCIATES INC.,** : | | |
| Defendants. : | | |
| : | | |

**ORDER**

**AND NOW,** this 23rd day of October, 2023, it having been reported that the issues between the Parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.